## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: CASE 2:23-CV-22903-BRM-MAH

Plaintiff:
**JOSE L. GARCIA**

vs.

Defendant:
**CITY OF PERTH AMBOY, et al.**

For:
Glenn A. Garber, Esq.



STS2024013290

Received by STATUS, L.L.C. to be served on **CITY OF PERTH AMBOY, C/O CITY CLERK'S OFFICE, PERTH AMBOY, 260 HIGH STREET, PERTH AMBOY, NJ 08861**.

I, Christopher Obie, do hereby affirm that on the **26th day of January, 2024** at **12:43 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand** with the date and hour of service endorsed thereon by me, to: **Maggie Gonzalez** as **Authorized Agent on behalf of Clerk** for **CITY OF PERTH AMBOY**, at the address of: **C/O CITY CLERK'S OFFICE, PERTH AMBOY, 260 HIGH STREET, PERTH AMBOY, NJ 08861**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Tan, Height: 5'5", Weight: 140, Hair: Dark Brown, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*Christopher Obie*                    01 / 28 / 2024

**Christopher Obie**

**Date**

**STATUS, L.L.C.**
**PO Box 370**
**Bayville, NJ 08721**
**(908) 688-1414**

Our Job Serial Number: STS-2024013290
Ref: NA
Service Fee: _____

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Doc ID: c06bdf671966f61869e7a3c8ee5f1d233fbe69e7