## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: CASE 2:23-CV-22903-BRM-MAH

Plaintiff:
**JOSE L. GARCIA**

vs.

Defendant:
**CITY OF PERTH AMBOY, et al.**


STS2024013287

For:
Glenn A. Garber, Esq.

Received by STATUS, L.L.C. to be served on **SERGEANT PANAGIOTI BOULIERIS (n/k/a LT. PANAGIOTI BOULIERIS), C/O CITY CLERKS OFFICE, PERTH AMBOY, 260 HIGH STREET, PERTH AMBOY, NJ 08861**.

I, Christopher Obie, do hereby affirm that on the **26th day of January, 2024** at **12:43 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Jury Demand** with the date and hour of service endorsed thereon by me, to: **Maggie Gonzalez** as **Authorized Agent on behalf of Clerk** for **SERGEANT PANAGIOTI BOULIERIS (n/k/a LT. PANAGIOTI BOULIERIS)**, at the address of: **C/O CITY CLERK'S OFFICE, PERTH AMBOY, 260 HIGH STREET, PERTH AMBOY, NJ 08861**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2024  12:43 pm  NOW KNOWN AS LT. PANAGIOTI BOULIERIS.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Tan, Height: 5'5", Weight: 140, Hair: Dark Brown, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

*Christopher Obie*                                   01 / 28 / 2024

**Christopher Obie**

**Date**

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2024013287
Ref: NA
Service Fee: _____

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Doc ID: 42cbeba97000a58c57b0897b3e6cbb69924426ab