

ATTORNEYS AT LAW
50 TICE BOULEVARD
SUITE 250
WOODCLIFF LAKE, NJ  07677

TELEPHONE   201-474-7100
FACSIMILE   201-474-7101
www.cmlawfirm.com

CALIFORNIA
FLORIDA
GEORGIA
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON

WRITER'S DIRECT ACCESS
201-474-7100
mmoran@cmlawfirm.com

July 2, 2024

**VIA CM/ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room 2C
Newark, New Jersey 07102

      Re:    **Garcia v. City of Perth Amboy, et al.**
               **Civil Action No. 23-22903 (BRM/MAH)**

Dear Judge Hammer:

As Your Honor is aware, this firm represents Defendants, City of Perth Amboy, Sergeant Panagioti Boulieris, and Ptl. Anthony Garcia, in the above-referenced matter, which is scheduled for a telephonic status conference on July 8, 2024 at 4:00 p.m. On June 5, 2024, this Court entered an Order compelling the New Jersey Department of Children and Families' (the "Department") child abuse and neglect investigation file concerning J.C.G. and A.G. See ECF No. 28. The parties have met and conferred with counsel for the Department, Elizabeth S. Sherwood, DAG, and have agreed to the Court's in camera review of the Department's investigation summaries resulting from the June 7, 2014 incident that forms the basis of the Complaint in this matter prior to their release to the parties. See In re Z.W., 975 A.2d 938, 940 (N.J. Super. Ct. App. Div. 2009) (providing that a court must undertake an in camera review to discern whether the Department's records are

Hon. Michael A. Hammer, U.S.M.J.
July 2, 2024
Page 2

necessary to determine an issue before it prior to release to third parties not identified in the statute).

Accordingly, enclosed for the Court's review and approval, please find a consent order for an in camera review of the Department's investigation summaries. If this proposal meets the Court's approval, counsel respectfully request that the Court approve it by executing the Court's signature on the order.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Michael T. Moran

MICHAEL T. MORAN

cc:   Glenn A. Garber, Esq.                (via CM/ECF)

      Elizabeth S. Sherwood, DAG          (via email)
      Counsel for Non-Party, New Jersey
      Department of Children and Families

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Michael T. Moran, Esq. – 251732019
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
mmoran@cmlawfirm.com
Attorneys for Defendants,
City of Perth Amboy, Sergeant Panagioti Boulieris, and Ptl. Anthony Garcia

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| JOSE L. GARCIA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF PERTH AMBOY, SERGEANT PANAGIOTI BOULIERIS, PTL. ANTHONY GARCIA,<br><br>　　Defendants. | Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action No. 23-22903 (BRM/MAH)<br><br>**STIPULATION AND ORDER FOR <u>IN CAMERA</u> REVIEW** |

**THIS MATTER** having come before the Court by Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP (Michael T. Moran, Esq., appearing), attorneys for Defendants, City of Perth Amboy, Sergeant Panagioti Boulieris, and Ptl. Anthony Garcia (collectively, "Defendants"); Glenn A. Garber, P.C. (Glenn A. Garber, Esq., appearing), attorneys for Plaintiff, Jose L. Garcia ("Plaintiff"); and Matthew J. Platkin, Attorney General of New Jersey (Elizabeth S. Sherwood, DAG, appearing), attorneys for Non-Party, New Jersey Department of Children and Families (the "Department"); whereas the Court having entered an Order in the above-captioned matter on June 5, 2024 compelling production of the Department's child abuse and neglect investigation file

1

concerning J.C.G. and A.G., <u>see</u> ECF No. 28; and the Court having considered the matter and upon good cause shown,

      **IT IS** on this _____ day of July, 2024

      **ORDERED** that the Department is hereby directed to produce its investigation summaries resulting from the June 7, 2014 incident that forms the basis of Plaintiff's Complaint to the Court for an <u>in camera</u> review to determine whether the investigation summaries are subject to disclosure to Plaintiff and Defendants in the above-captioned civil action, <u>see</u> <u>In re Z.W.</u>, 975 A.2d 938, 940 (N.J. Super. Ct. App. Div. 2009) (providing that a court must undertake an <u>in camera</u> review to discern whether the Department's records are necessary to determine an issue before it prior to release to third parties not identified in the statute); and it is further

      **ORDERED** that the Department shall produce its investigation summaries resulting from the June 7, 2014 incident that forms the basis of Plaintiff's Complaint to the Court for an <u>in camera</u> review within seven (7) of the date of this Order; and it is further

      **ORDERED** that the Court shall only release said records to counsel upon a determination that (1) said records are relevant and necessary to determination of an issue before the court; and (2) the information is unavailable from any alternate source; and (3) the information contained therein could have the effect of changing the outcome of the matter; and it is further

      **ORDERED** that, in the event that the Court determines that the investigation summaries are subject to disclosure, the Court shall make the Department's investigation summaries resulting from the June 7, 2014 incident that forms the basis of Plaintiff's Complaint available to Plaintiff and Defendants, pursuant to the Confidentiality Order entered on March 21, 2024, <u>see</u> ECF No. 17; and it is further

**ORDERED** that should the Court order the release of records to counsel, the information contained therein shall be used only for the pending matter before the Court and shall not be released and used in any other matter in the absence of further Order of the Court, and upon proper notice to the Office of the Attorney General and to the Department of Children and Families; and it is further

**ORDERED** that any released information, or documentation contained in or derived from said records shall not be disclosed to any other person or entity for any other reason nor disseminated or made public by any means, direct or indirect; and it is further

**ORDERED** that the use of information contained or derived from said records for any purpose shall be a violation of this Order and subject to the contempt powers of the Court; and it is further

**ORDERED** that upon disposition of this matter, the records will be promptly shredded.

_____
HON. MICHAEL A. HAMMER, U.S.M.J.

I hereby consent to the entry of the foregoing Order.

**GLENN A. GARBER, P.C.**

*/s/ Glenn A. Garber*
Glenn A. Garber, Esq.
Attorneys for Plaintiff, Jose L. Garcia

Dated: July 2, 2024


I hereby consent to the entry of the foregoing Order.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Michael T. Moran*
Michael T. Moran, Esq.
Attorneys for Defendants, City of Perth Amboy, Sergeant Panagioti Boulieris, and Ptl. Anthony Garcia

Dated: July 2, 2024


I hereby consent to the entry of the foregoing Order.

**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL OF NEW JERSEY**

*/s/ Elizabeth S. Sherwood*
Elizabeth S. Sherwood, DAG
Attorneys for Non-Party, New Jersey Department of Children and Families

Dated: July 2, 2024

4