UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE L. GARCIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF PERTH AMBOY, SERGEANT PANAGIOTI BOULIERIS, PTL. ANTHONY GARCIA<br><br>        Defendants. | Case No. 2:23-cv-22903 (BRM) (MAH)<br><br>**ORDER** |

    **THIS MATTER** is before the Court on a Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendants City of Perth Amboy, Sergeant Panagioti Boulieris, and PTL. Anthony Garcia (collectively, "Defendants"). (ECF No. 10.) Plaintiff filed an Opposition (ECF No. 22), and Defendants filed a Reply (ECF No. 23). Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

    **IT IS** on this 4th day of September 2024,

    **ORDERED** that Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**; and it is further

    **ORDERED** that the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that Plaintiff shall have thirty (30) days from the date of this Order to file a first amended complaint curing the deficiencies addressed in the accompanying Opinion; failure to do so will result in dismissal with prejudice; and it is further

**ORDERED** that Defendants may respond to the first amended complaint, if filed, as appropriate and consistent with applicable federal and local rules.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE
