# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW

TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM
ADMITTED IN NY & NJ

November 19, 2024

**Via ECF**

Hon. Judge Brian R. Martinotti
United States Magistrate Judge
District of New Jersey
Martin Luther Kin Building & U. S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

  Re: *Jose Garcia v. City of Perth Amboy, et al*, 23CV22903 (BRM)

Dear Judge Martinotti,

We write to advise the Court that we conferred with our client and have decided not to file an amended complaint or challenge this Court's order of dismissal dated September 4, 2024 (DE 36).

Thank you for your courtesy throughout this proceeding.

Respectfully.

Glenn A. Garber

cc: All parties via ECF